**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6201**

───────────

JOHNNIE LANG EDWARDS, a/k/a Samuel Jones,

                                    Plaintiff - Appellant,

    versus

MEVERA E. OBERNDORI, individually and in her
official capacity as Mayor of the City of
Virginia Beach; A. M. JACOCKS, JR.,
individually and in his capacity as Chief of
Police of the Virginia Beach Police
Department; SCOTT E. WICHTENDAHL, in his
official capacity as Police Officer in and for
the Virginia Beach Police Department; R. LAMB,
in his official capacity as Police Officer in
and for the Virginia Beach Police Department;
PAUL LANTEIGNE, individually and in his
official capacity as Sheriff of the Virginia
Beach Correctional Department - Jail; ROBERT
J. MCCABE, individually and in his official
capacity as Sheriff of the Norfolk
Correctional Department - Jail; RICHARD D.
HOLCOMB, individually and in his capacity as
Commissioner of the Virginia Department of
Motor Vehicles,

                                 Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. James E. Bradberry, Magistrate
Judge. (CA-02-347-2)

───────────

Submitted: May 19, 2003               Decided: May 28, 2003

───────────

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Johnnie Lang Edwards, Appellant Pro Se.  Leslie Louis Lilley, Kimberly Rouse Essendelft, CITY ATTORNEY'S OFFICE, Virginia Beach, Virginia; Samuel Lawrence Dumville, NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia; Eric Karl Gould Fiske, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnnie Lang Edwards appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Edwards v. Oberndori, No. CA-02-347-2 (E.D. Va. Feb. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

2